Case Name:   JOHNNY HOWARD and DOROTHY ELLEN LOCKETT
Case No:     07 B 70710

## CERTIFICATION OF REVIEW

  The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 8/21/07           WILLIAM T. NEARY
               United States Trustee, Region 11


            BY:   ____/s/_____
               CAROLE J. RYCZEK
               Attorney for the U.S. Trustee