## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>LOCKETT, JOHNNY HOWARD<br>LOCKETT, DOROTHY ELLEN | CHAPTER 7 -- Liquidation<br><br>CASE NO. 07-70710 MB |
| Social Security/Employer Tax ID Number:<br>xxx-xx-7672<br>Debtor(s) | HONORABLE MANUEL BARBOSA |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO ALL CREDITORS:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211 South Court, Rockford, IL 61101, on **September 10, 2007 at 9:30 a.m.**

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES NOW REQUESTED |
|---|---|---|---|
| Yalden, Olsen & Willette<br>Attorney/Trustee | 0.00 | 580.00 | |
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 1,750.46 | |

| | | |
|---|---|---|
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 28.56 |

4. The Trustee's Final Report shows total:

    a. Receipts      $ 10,004.62

    b. Disbursements      $ 0.00

    c. Net Cash Available for Distribution      $ 10,004.62

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens and priority claims which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00, which leaves a total amount of $7,645.60, to be distributed to general unsecured creditors whose claims have been allowed in the total amount of $18,496.50.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

8/20/07                                s/s Joseph D. Olsen
DATE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

0710   Doc 26   Filed 08/22/07   Entered 08/24/07 23:53:34   Desc Imaged
Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: cshabez              Page 1 of 1           Date Rcvd: Aug 22, 2007
Case: 07-70710                Form ID: pdf002            Total Served: 13

The following entities were served by first class mail on Aug 24, 2007.
db           +Johnny Howard Lockett,   5757 Colleen Avenue,   Rockford, IL 61109-3613
jdb          +Dorothy Ellen Lockett,   5757 Colleen Avenue,   Rockford, IL 61109-3613
aty          +Craig A Willette,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
aty          +Joseph D. Olsen,,   Yalden, Olsen & Willette,   1318 East State Street,   Rockford, IL 61104-2228
aty          +Nathan E Curtis,   Law Offices Of Peter Francis Geraci,   55 East Monroe St. Suite #3400,
               Chicago, IL 60603-5920
tr           +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
11264765     +Chase,   Bankruptcy Department,   PO Box 15153,   Wilmington, DE 19886-5153
11374933     +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
11264768     +Citicards Private Label,   Bankruptcy Department,   PO Box 20483,   Kansas City, MO 64195-0483
11264763     +First National Bank of Omaha,   Bankruptcy Department,   1620 Dodge St., Stop Code 3105,
               Omaha, NE 68197-0003
11361235     +First National Credit Card Center,   Div. of First National Bank of Omaha,
               1620 Dodge St., Stop Code 3105,   Omaha, NE 68197-0003
11264762     +Northwest Bank of Rockford,   Attn: Bankruptcy Dept.,   3114 N Rockton Avenue,
               Rockford, IL 61103-2837
11264764     +Sears Bankruptcy Recovery,   Citibank USA Sears,   PO Box 20363,   Kansas City, MO 64195-0363

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11264766*    +Chase,   Bankruptcy Department,   PO Box 15153,   Wilmington, DE 19886-5153
11264767*    +Sears Bankruptcy Recovery,   Citibank USA Sears,   PO Box 20363,   Kansas City, MO 64195-0363
                                                                                               TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 24, 2007**          **Signature:** *Joseph Speetjens*